IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BML REC, LLC, a Nebraska limited liability company;<br><br>        Plaintiff,<br><br>  vs.<br><br>YIWU SHENGSEN HANDICRAFT CO., LTD., a foreign corporation;<br><br>        Defendant. | **8:26CV284**<br><br><br>**ORDER** |

This matter comes before the Court on its own motion. Plaintiff has now completed service upon Defendant. Filing No. 11. Accordingly,

IT IS ORDERED:

1) Plaintiff shall immediately provide a copy of this Order and a copy of its Motion for Preliminary Injunction and attachments (Filing No. 4) to Defendant at the same email address listed in Filing No. 11.

2) Defendant shall have until **July 10, 2026**, to file a response to the Motion for Preliminary Injunction, Filing No. 4. Plaintiff may reply by **July 17, 2026**, after which time the Court will determine if a hearing is necessary.

3) Defendant's deadline to file a responsive pleading is unaffected by this Order and remains governed by the Federal Rules of Civil Procedure and this Court's local rules.

Dated this 25th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge